UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR97-283-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| TIMOTHY MICHAEL MITCHELL, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 8, 2008. The United States was represented by Assistant United States Attorney Brian Werner, and the defendant by Mr. Lee Covell.

The defendant had been charged and convicted of Count 1: Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B); Count II: Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and Count III: Enhanced Penalty for Prior Felony. On or about March 27, 1998, defendant was sentenced by the Honorable Carolyn R. Dimmick to a term of one hundred forty-four (144) months in custody, to be followed by eight (8) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, submit to search, and no new credit and/or loans without approval.

In a Petition for Warrant or Summons, dated May 7, 2008, U.S. Probation Officer Thomas

J. Fitzgerald asserted the following violations by defendant of the conditions of his supervised release:

(1) Possessing cocaine, a controlled substance, on or about May 6, 2008, in violation of his mandatory condition of supervised release.

(2) Possessing methamphetamine, a controlled substance, on or about May 6, 2008, in violation of his mandatory condition of supervised release.

(3) Possessing marijuana, a controlled substance, on or about May 6, 2008, in violation of his mandatory condition of supervised release.

(4) Distributing cocaine, a controlled substance, on or about May 6, 2008, in violation of federal, state and/or local law, in violation of his mandatory condition of supervised release.

The defendant was advised of his rights, acknowledged those rights, and admitted to the four alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on May 29, 2008, at 9:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 9th day of May, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          Honorable Robert S. Lasnik
      AUSA:                    Mr. Brian Werner
      Defendant's attorney:    Mr. Lee Covell
      Probation officer:       Mr. Thomas J. Fitzgerald